IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00575-LTB

EARL J. CROWNHART,

    Applicant,

v.

THE PEOPLE OF MESA COUNTY, COLORADO,
CHRIS NARRBONNIE, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO

    Respondent.

---

# JUDGMENT

---

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on March 8, 2013, it is hereby

    ORDERED that Judgment is entered in favor of Respondents and against Applicant.

    DATED at Denver, Colorado, this 8 day of March, 2013.

                             FOR THE COURT,

                             JEFFREY P. COLWELL, Clerk

                             By: s/ S. Grimm
                                 Deputy Clerk